Frank P. DeGiulio, Esquire
630 Race Street, Suite 401
Philadelphia, PA 19106
(215) 625-9900

**United States District Court**
**In the District of Delaware**

**ATB Marine, Inc.**

v.

**A.E.S. Puerto Rico, L.P.**

**Case No.:1:24-cv-00922**

/

## <u>AFFIDAVIT OF SUBSTITUTED SERVICE</u>

I, **Timothy Weldon,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

PARTY SERVED: **A.E.S. Puerto Rico, L.P. c/o The Prentice Hall Corp. System, Inc.**

DOCUMENTS SERVED: **Summons & Complaint**

DATE & TIME OF SERVICE: **8/29/2024  12:44 PM**

SERVED ADDRESS: **251 Little Falls Drive**
**Wilmington, DE 19808**

Comments: **The documents were placed in the bin per CSC per company policy.**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.



GPS: 39.7605666666667;-75.6232611111111

Subscribed and sworn before me, a Notary
Public, this 29th day of August, 2024

_Melissa Petrowski_

Melissa Petrowski, Notary Public
Bucks County
My Commission expires on: 8/29/2027

_Timothy Weldon_

Timothy Weldon
Dennis Richman's Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
(215) 977-9393



Order #P219572