**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ATB MARINE, LLC<br>Plaintiff,<br>v.<br>AES PUERTO RICO, L.P.<br>Defendant/Third Party Plaintiff,<br>v.<br>LOGISTEC GULF COAST, LLC; DUKE ENERGY FLORIDA, LLC; MOSAIC GLOBAL SALES, LLC and AMRIZE CEMENT, INC.<br>Third Party Defendant. | CASE NO. 1:24-cv-00922-GBW |

**ORDER GRANTING MOTION**

AND NOW, this 28th day of September, 2026, upon consideration of the foregoing Motion for Admission *pro hac vice* of Christopher J. DiCicco, Esq. of the law firm of Marshall Dennehey, P.C., to represent Third-Party Defendant, LOGISTEC GULF COAST LLC, it is hereby ORDERED and DECREED that counsel's motion for admission *pro hac vice* is **GRANTED**.

SO ORDERED:

[signature]

THE HONORABLE GREGORY B. WILLIAMS