**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ATB MARINE, LLC<br>Plaintiff,<br>v.<br><br>AES PUERTO RICO, L.P.<br><br>Defendant/Third Party Plaintiff,<br><br>v.<br><br>LOGISTEC GULF COAST, LLC;<br>DUKE ENERGY FLORIDA, LLC;<br>MOSAIC GLOBAL SALES, LLC;<br>and HOLCIM (US) LLC.,<br><br>Third Party Defendants. | CASE NO.: 1:24-cv-00922-GBW |

**MOTION TO JOIN KEYSTONE PROPERTIES INC., KEYSTONE PROPERTIES, LLC, AND KEYSTONE TERMINAL HOLDINGS OF FLORIDA, LLC AS PARTIES**

Third-Party Defendant, Logistec Gulf Coast, LLC ("Logistec"), respectfully moves to join Keystone Properties Inc., Keystone Properties, LLC, and Keystone Terminal Holdings of Florida, LLC as parties to this case pursuant to Federal Rules of Civil Procedure ("FRCP") 14(c), 19 and 20, and pursuant to this Court's September 3, 2026 Amended Scheduling Order (Document 199). The grounds for this motion are set forth in the accompanying letter from the undersigned counsel on behalf of Logistec, filed contemporaneously herewith.

[SIGNATURE ON NEXT PAGE]

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

*/s/ Sarah B. Cole*

Sarah B. Cole, Esq. (DE ID #4685)
1 Righter Parkway, Suite 301
Wilmington, DE 19803
Phone: (302) 552-4364
SBCole@mdwcg.com

**MARSHALL DENNEHEY, P.C.**
Admitted Pro Hac Vice
Christopher J. DiCicco, Esq.
15000 Midlantic Drive, Suite 200
Mt. Laurel, NJ 08054
CJDiCicco@mdwcg.com
*Attorneys for Third-Party Defendant,*
*Logistec Gulf Coast, LLC*

Dated: October 28, 2026